

| **MINNESOTA OFFICE** | | **CALIFORNIA OFFICE** |
|---|---|---|
| CANADIAN PACIFIC PLAZA | | 600 B STREET |
| 120 S. 6TH ST., STE 2600 | | 17TH FLOOR |
| MINNEAPOLIS, MN 55402 | | SAN DIEGO, CA 92101 |

**DAVID A. GOODWIN**
dgoodwin@gustafsongluek.com
TEL (612) 333-8844 • FAX (612) 339-6622
MINNESOTA OFFICE

November 5, 2020

<u>**VIA ECF**</u>
Judge Wilhelmina M. Wright
United States District Court
316 N. Robert Street
St. Paul, MN 55101

        **RE:** **Supplemental Authority to** *Gisairo v. Lenovo (United States) Inc.*
              **Court File Number: 19-cv-02727**

Dear Judge Wright:

      Plaintiff Gisairo submits Judge Tostrud's recent decision in *Barclay v ICON Health & Fitness, Inc.,* No. 19-CV-2970 (ECT/DTS), 2020 WL 6083704 (D. Minn. Oct. 15, 2020) as supplemental authority supporting Plaintiff's standing argument. In *Barclay*, Judge Tostrud held that a plaintiff had standing to bring claims regarding similar products that demonstrate similar alleged defects. *Id.* at *6.

                                        Respectfully Submitted,

                                        GUSTAFSON GLUEK PLLC

                                        David A. Goodwin

DAG/cmn
    cc:    All Counsel of Record (via ECF)