**MINNESOTA OFFICE**
CANADIAN PACIFIC PLAZA
120 S. 6TH ST., STE 2600
MINNEAPOLIS, MN 55402



**CALIFORNIA OFFICE**
600 B STREET
17TH FLOOR
SAN DIEGO, CA 92101

**DAVID A. GOODWIN**
dgoodwin@gustafsongluek.com
TEL (612) 333-8844 • FAX (612) 339-6622
MINNESOTA OFFICE

February 24, 2021

<u>**VIA ECF**</u>
The Honorable Leo I. Brisbois
United States District Court
515 West 1st Street Room 412
Duluth, MN 55802-1397

      **RE:**   <u>*Gisairo v. Lenovo (United States) Inc.*</u>
              **Case No. 19-cv-2727 (WMW/LIB)**

Dear Judge Brisbois:

     I write on behalf of the parties in the above-referenced matter to seek a 10-day extension with respect to the deadlines set forth in the Court's February 4, 2021 Pretrial Scheduling Order [Dkt. No. 46] – to March 8, 2021. The parties seek this extension because during their Meet and Confer calls, they have diligently discussed and continue to discuss early mediation and potential resolution of this matter. Plaintiffs and Defendant believe a brief extension of the pending deadlines would allow the parties to finalize those plans for an early mediation and permit them to provide the Court with a more accurate trajectory for the case as part of a joint 26(f) report.

                                       Sincerely,

                                       GUSTAFSON GLUEK PLLC

                                       David A. Goodwin

DAG/cmn