# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Martin Gisairo, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Lenovo (United States) Inc.,<br><br>Defendant. | Civil Case No. 19-cv-2727 (WMW/LIB)<br><br><br>**ORDER APPROVING STIPULATION REGARDING EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND** |

On March 5, 2021, the parties filed a Stipulation Regarding an Extension of Time to Answer or Otherwise Respond [Docket No. 54], and a letter on behalf of all parties seeking an extension of pretrial scheduling submissions [Docket No. 56] in order to allow for the parties to pursue independent settlement discussions. Based upon review of the files and for good cause shown, **IT IS HEREBY ORDERED** that:

1. The parties Stipulation Regarding an Extension of Time to Answer or Otherwise Respond [Docket No. 54] is APPROVED;

2. The parties shall file their Stipulation to Amend Complaint on CM/ECF by no later than June 7, 2021;

3. The Defendant shall file their Answer to the resulting stipulated Amended Complaint by no later than July 12, 2021;

4. All dates and deadlines in the Amended Pretrial Scheduling Order [Docket No. 51] are CONTINUED SINE DIE; and

5. A Second Amended Pretrial Scheduling Notice and Order shall be issued.

DATED:  March 8, 2021                    s/Leo I. Brisbois
                                         Hon. Leo I. Brisbois
                                         U.S. MAGISTRATE JUDGE