# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Martin Gisairo, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Lenovo (United States), Inc.,<br><br>Defendant. | Civil Case No. 19-cv-02727-WMW-LIB<br><br>**ORDER APPROVING STIPULATION REGARDING AMENDMENT OF COMPLAINT AND EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND** |

On May 26, 2021, the parties filed a Stipulation Regarding Amendment of Complaint and Extension of Time to Answer or Otherwise Respond [Docket No. 59]. The parties request an extension of certain deadlines while they engage in private mediation, currently scheduled for July 1, 2021. Based upon review of the files and for good cause shown, **IT IS HEREBY ORDERED** that:

1. The parties' Stipulation Regarding Amendment of Complaint and Extension of Time to Answer or Otherwise Respond [Docket No. 59] is APPROVED;

2. The parties shall file a joint letter on CM/ECF, by no later than July 8, 2021, advising of the results of their private mediation;

3. Plaintiff's Second Amended Complaint shall be filed by July 9, 2021; and

4. The Defendant shall answer or otherwise respond to the Second Amended Complaint by not later than August 13, 2021.

DATED: May 27, 2021

s/Leo I. Brisbois
Hon. Leo I. Brisbois
U.S. MAGISTRATE JUDGE