# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| MARTIN GISAIRO *et al*, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LENOVO (UNITED STATES), INC.,<br><br>Defendant. | Civil Case No.:<br>19-cv-02727-WMW-LIB<br><br>**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND PROVISIONAL SETTLEMENT CLASS CERTIFICATION** |

Plaintiffs in the above-captioned action, by and through their undersigned attorneys, respectfully move the Court to enter an Order Granting Preliminary Approval of Settlement between Plaintiffs and Defendant and Provisionally Certifying the Settlement Class.

This Motion is based on the pleadings, files and records herein, including Plaintiffs' Memorandum of Law in Support of Unopposed Motion for Preliminary Approval of Class Action Settlement, and supporting documents.

Dated: January 23, 2023

Respectfully Submitted,

*/s/ Nicholas A. Migliaccio*
Nicholas A. Migliaccio *
MIGLIACCIO & RATHOD LLP
412 H St., NE

Washington, DC 20002
(202) 470-3520 (Tel.)
(202) 800-2730 (Fax)
E-mail:
nmigliaccio@classlawdc.com

David A. Goodwin (#386715)
Daniel E. Gustafson (#202241)
Daniel C. Hedlund (#258337)
GUSTAFSON GLUEK PLLC
120 South Sixth Street #2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
E-mail:
dgoodwin@gustafsongluek.com

Kevin Landau*
TAUS, CEBULASH & LANDAU, LLP
80 Maiden Lane, Suite 1204
New York, New York 10038
Tel: (646) 873-7654
Fax: (212) 931-0703
E-mail: klandau@tcllaw.com

Attorneys for Plaintiff

* pro hac vice

CERTIFICATE OF SERVICE

I, Nicholas A. Migliaccio, hereby certify that on this 23rd day of January, 2023, I caused the foregoing to be filed using the Court's CM/ECF system, and thereby electronically served it upon all registered ECF users in this case.

| Dated: January 23, 2023 | */s/ Nicholas A. Migliaccio*<br>Nicholas A. Migliaccio |
|---|---|