UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Martin Gisairo, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>vs.<br><br>Lenovo (United States) Inc.,<br><br>      Defendants. | Court File No. 19-cv-2727 (WMW/LIB)<br><br>**ORDER** |

On March 3, 2023, the parties filed a Stipulation to Stay Deadline for Lenovo (United States), Inc. to Respond to Second Amended Class Action Complaint [Docket No. 102]. The parties advise that they have reached a settlement in this case, that they have a pending motion for approval of the settlement that will be taken under advisement on March 14, 2023, that the parties wish to focus all resources on such settlement, and therefore do not believe it is necessary for Defendant to respond to the Second Amended Complaint at this time. Based upon review of the files and for good cause shown, **IT IS HEREBY ORDERED** that:

1. The parties' Stipulation to Stay Deadline for Lenovo (United States), Inc. to Respond to Second Amended Class Action Complaint [Docket No. 102] is **APPROVED**; and

2. Defendant Lenovo (United States), Inc.'s deadline to answer or otherwise respond to the Second Amended Complaint is hereby STAYED until further Order of this Court.

DATED: March 3, 2023                                s/Leo I. Brisbois
                                                                 Hon. Leo I. Brisbois
                                                                 U.S. MAGISTRATE JUDGE