IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| MARTIN GISAIRO *et al*., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LENOVO (UNITED STATES), INC.,<br><br>Defendant. | Case No: 0:19-cv-02727-PJS-LIB |

**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT, AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND SEPARATE AWARDS FOR NAMED PLAINTIFFS**

Plaintiffs in the above-captioned action, by and through their undersigned counsel, hereby move the Court for an order for: (i) final approval of the settlement reached in the captioned action, including the plan of allocation to class members, (ii) entry of final judgment; (iii) an award of attorneys' fees and costs and expenses; and (iv) separate awards for the Named Plaintiffs. Plaintiffs' motion is accompanied by a supporting memorandum, declarations with exhibits, and proposed order.

Dated: February 1, 2024                    Respectfully Submitted,

*/s/ Nicholas A. Migliaccio*               */s/ David A. Goodwin*
Nicholas A. Migliaccio *                   David A. Goodwin (#386715)
Jason S. Rathod*                           Daniel E. Gustafson (#202241)

| | |
|---|---|
| Mark D. Patronella* | Daniel C. Hedlund (#258337) |
| MIGLIACCIO & RATHOD LLP | GUSTAFSON GLUEK PLLC |
| 412 H St., NE Washington, DC 20002 | 120 South Sixth Street #2600 |
| (202) 470-3520 (Tel.) | Minneapolis, MN 55402 |
| (202) 800-2730 (Fax) | Telephone: (612) 333-8844 |
| E-mail: nmigliaccio@classlawdc.com | E-mail: dgoodwin@gustafsongluek.com |

Kevin Landau*
TAUS, CEBULASH & LANDAU, LLP
80 Maiden Lane, Suite 1204
New York, New York 10038
Tel: (646) 873-7654
Fax: (212) 931-0703
E-mail: klandau@tcllaw.com

*Attorneys for Plaintiffs and the Class*

*\* pro hac vice*